CLARK ROWE, Appellant, *v.* JERRY C. VAN DENBURG et al., Respondents.

Argued November 19, 1946; decided January 9, 1947.

*Cleveland J. Kenyon* for appellant.
*Robert W. Sloan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.